IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WILLIE LOGAN,
    Plaintiff,

vs.                                       Case No.: 3:15cv437/MCR/EMT

DR. REGULO CALAYCAY, et al.,
    Defendants.
_____/

**O R D E R**

      This cause comes before the Court on consideration of the Chief Magistrate Judge's Report and Recommendation dated February 13, 2017 (ECF No. 45). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections were timely filed.

      Having considered the Report and Recommendation, the Court has determined that the Report and Recommendation should be adopted.

      Accordingly, it is now **ORDERED** as follows:

      1.    The Chief Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

      2.    Defendants' motion for summary judgment (ECF No. 31) is **GRANTED**.

3. The clerk of court is directed to enter judgment in favor of Defendants and against Plaintiff and close the file.

**DONE AND ORDERED** this 6th day of March 2017.

*M. Casey Rodgers*
**M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**